| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | KIMBERLY A. SANCHEZ |
| | Assistant U.S. Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559)497-4000 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12-CR-00161 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER FOR SCHEDULING OF |
| v. | ) | SENTENCING HEARING |
| | ) | |
| GOMESINDO HERNANDEZ, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Robert Bartlett, attorney for Gomesindo Hernandez, that a sentencing hearing currently set for November 29, 2012 be advanced to October 22, 2012. The parties have reviewed the PSR, have no

///
///
///
///
///
///
///

1

objections, and are in agreement with the probation officer's recommendation.

Dated: October 16, 2012            Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By    /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: October 16, 2012            /s/ Robert Bartlett
ROBERT BARTLETT
Attorney for Gomesindo Hernandez

IT IS SO ORDERED.

Dated:    October 16, 2012         _____
                                   CHIEF UNITED STATES DISTRICT JUDGE